**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **DEBRA A. LOHRI** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | Case No. 4:12cv568 |
| | § | |
| **COUNTRYWIDE HOME LOANS, INC.,** | § | |
| **et al.** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER REFERRING CASE TO MEDIATION**
**AND EXTENDING MEDIATION DEADLINE**

The Court hereby **ORDERS** that this case be submitted to mediation in accordance with this Court's Mediation Plan.  The mediator assigned is Scott Lowden.  The mediator's address and telephone number are: Brau Miller Schultz, LLP, 5220 Spring Valley Road, Suite 200, Dallas, Texas 75254; (214) 348-9306.  The mediation conference shall be conducted by the following date: **July 22, 2013**.  The mediator shall be responsible for communicating with counsel to coordinate a date for the mediation.

Upon completion of the mediation, the mediator shall submit a report to the presiding judge within five days of the completion of the mediation conference.

**SO ORDERED.**

**SIGNED this 6th day of June, 2013.**

_____
DON D. BUSH
UNITED STATES MAGISTRATE JUDGE