FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUL 25 2013

DAVID J. MALAND, CLERK
BY
DEPUTY _____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
Sherman DIVISION

Debra A. Lohri §
§
v. §
§ CIVIL ACTION NO.
Countrywide Home § 4:12-CV-00568-DPB
Loans Inc. §

## MEDIATOR'S REPORT

In accordance with the Court's Order, a mediation conference was held on 7-17-2013. The conference resulted in Impasse (settlement, impasse or will be continued). All parties and counsel were/were not present. (List those persons who were not present):

Note from the Mediator (if any):

SIGNED this 23rd day of July, 2013.

Scott R. Lowden
Assigned Mediator

medrpt (9/99)