**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **DEBRA A. LOHRI**, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **CIVIL ACTION NO.** |
| | § | **4:12-CV-00568-RAS-DDB** |
| **COUNTRYWIDE HOME LOANS INC.,** | § | |
| et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING THE DEFENDANTS' MOTION TO ABATE

On this day the Court considered Defendants Bank of America, N.A., successor by merger to BAC Home Loans Servicing, L.P. f/k/a Countrywide Home Loans Servicing L.P. ("BANA"), ReconTrust Company, N.A. (RT), Mortgage Electronic Registration Systems ("MERS"), Countrywide Home Loans, Inc., improperly named as "d/b/a Bank of America, N.A./BAC Home Loans Servicing LP" ("CHL"), and Wells Fargo Bank, N.A. ("Wells Fargo") (collectively the "Defendants")' *Motion to Abate, or in the Alternative, Continue all Deadlines* ("Motion"). The Court, having considered the Motion and any responses and replies thereto, it is:

ORDERED, ADJUDGED, and DECREED that all deadlines are abated for the pendency of the Parties' dispositive motions.