IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DEBRA A. LOHRI | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Case No. 4:12cv568 |
| | § | |
| COUNTRYWIDE HOME LOANS, INC., | § | |
| et al. | § | |
| | § | |
| Defendants. | § | |

**MEMORANDUM ADOPTING REPORTS AND**
**RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the reports of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On January 25, 2013, a report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Motion for Default Judgment as to Defendant Corelogic (Dkt. 24) be DENIED (*see* Dkt. 53), a report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Motion for Default Judgment as to Defendant Recontrust (Dkt. 25) be DENIED (*see* Dkt. 56), and a report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Motion for Default Judgment as to Defendant U.S. Bank, N.A. (Dkt. 23) be DENIED without prejudice (*see* Dkt. 57).

1

Having received the reports of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's reports as the findings and conclusions of the court.

Therefore, Plaintiff's Motion for Default Judgment as to Defendant Corelogic (Dkt. 24) is DENIED, Plaintiff's Motion for Default Judgment as to Defendant Recontrust (Dkt. 25) is DENIED, and Plaintiff's Motion for Default Judgment as to Defendant U.S. Bank, N.A. (Dkt. 23) is DENIED without prejudice.

**IT IS SO ORDERED.**

**SIGNED this the 30th day of September, 2013.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE