UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Debra Ann Lohri | § | |
|     Plaintiff | § | |
| v. | § | Civil Case # 4:12-CV-568-RAS-DDB |
| | § | |
| COUNTRY WIDE HOME LOANS, INC. | § | TAKE JUDICIAL NOTICE: CAVEAT II |
| et al. | § | |
|     DEFENDANTS | § | Lawful Instructions to the Clerk of the Court |
| | § | |
| | § | |

Lawful Instructions to the Clerk of the Court filed on 10/07/2013:

Time is of the essence and this information needs to be put into the hands of the presiding Judge of my case # 4:12-CV-568-RAS-DDB immediately as it will have an immediate impact as to the Judge's rulings.

To Judge Richard A. Schell and any successor and/or assigns:

I have been doing extensive extraordinary research into the whole of the my case as it is now maintained on the face of the record of the court and the necessity of the restitution attendant thereof.

I have discovered absolutely essential new information that has been concealed from me, that I now call knowledge of "latent/secret equity." The elements thereof are now essential to a proper just-due remedy and legal and lawful procedures for proper restitution, that was previously lacking at no fault of my own. My hands are clean.

This new knowledge, in light of the whole of the subject matter, and, the restitution being executory and waiting to be executed is intended to benefit the Court and others as well. And, just like the face of the record of my case no longer has any conflict, this new knowledge will maintain the case remain conflict free. It will come forth in a peaceful manner in which no actual conflict is involved.

This massive new knowledge that I have just discovered absolutely requires that all things be put on hold until I can organize this knowledge into a format, which I can meaningfully offer to the Court.

As now seen, I have no idea how long this will take to compile. My best guess at this time would be it will take no longer than three (3) or four (4) weeks at the most. If longer I will in pure good faith keep the Court informed. If less, it will be self-evident in the filing thereof. In the meantime, *any* further forward movement by *any* part of the Court, without this essential knowledge being cohesively adhered thereto, would be disastrous, wrong, harmful and would be unconscionable.

Thus, without dishonor, I now lawfully command that my case be *immediately* put on *strict* hold until

further notice from me. So be it.

Thank you and may the upcoming holidays be happy for you, et al.

Debra Ann Lohri, juris et de jure, Plaintiff.

**I am as God created me.**
I know and sense the Love of God within me now...
At home in God, I rest, immutable and eternal.

_____     10-7-2013
Lawful Autograph of Debra Ann Lohri        Date

## CERTIFICATE OF SERVICE

As a courtesy only, I Debra Lohri have served David Romness at <u>dromness@mcglinchey.com</u> and also with fax at

214-722-7584 on October 7th, 2013. Notice to Agent is notice to Principle and notice to Principal is notice to Age

by /s / Debra Lohri