**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **DEBRA A. LOHRI**, | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **CAUSE NO**. **4:12-CV-00568-RAS-DDB** |
| | § | |
| **COUNTRYWIDE  HOME  LOANS INC.,** | § | |
| **et al.,** | § | |
| | § | |
| **Defendants.** | § | |

## NOTICE OF ATTORNEY APPEARANCE

Pursuant to the Federal Rules of Civil Procedure, Nathan T. Anderson with the law firm of McGlinchey Stafford, PLLC makes his appearance as additional counsel of record for Defendants Bank of America, N.A., successor by merger to BAC Home Loans Servicing, L.P. f/k/a Countrywide Home Loans Servicing L.P. ("BANA"), ReconTrust Company, N.A. (RT), Mortgage Electronic Registration Systems ("MERS"), Countrywide Home Loans, Inc., improperly named as "d/b/a Bank of America, N.A./BAC Home Loans Servicing LP" ("CHL"), and Wells Fargo Bank, N.A. ("Wells Fargo") (collectively the "Defendants") and requests notice of all pleadings, notices and orders filed in this matter.

Defendants requests that the Court take notice of Nathan T. Anderson's appearance as additional counsel of record on its behalf.

470874.1

Respectfully submitted,


 /s/  Nathan T. Anderson
**NATHAN T. ANDERSON**
State Bar No. 24050012
nanderson@mcglinchey.com
**DAVID C. ROMNESS**
State Bar. No. 24051792
dromness@mcglinchey.com
**MCGLINCHEY STAFFORD, PLLC**
2711 N. Haskell Ave, Suite 2750
Dallas, Texas 75204
Phone:  214.445.2445
Facsimile:  214.445.2450

*ATTORNEYS FOR DEFENDANTS*


## CERTIFICATE OF SERVICE

On December 26, 2013, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all counsel and/or *pro se* parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2), as indicated below:

*Via Certified Mail/RRR No.*
*7196 9008 9111 0540 4252:*

Debra A. Lohri
2200 Glenbrook Street
Flower Mound, Texas 75028

*Plaintiff, Pro Se*


 /s/ Nathan T. Anderson
Nathan T. Anderson

470874.1