At the united states district court
for the eastern district of texas
sherman division

# FILE ON DEMAND

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
FEB 25 2014
DAVID J. MALAND, CLERK
BY
DEPUTY_____

debra ann lohri

§ Cause No. 4:12-CV-00568-RAS-DDB
§
§
V §
Countrywide Home Loans Inc. §
Bank of America N.A. § VOID Order
Wells Fargo Home Loans Inc. § Court of record 28 USC 132
U.S. Bank N.A. §
Recontrust Company N.A. §
MERS Mortgage Electronic Reg. Sys §
BAC Home Loans Servicing LP §
§
 wrongdoer(s) § this 25th day of February 2014

## VOID ORDER

i am debra ann lohri one of the people in this jurisdiction in this court of record. i object to the remarks by don d. bush on docket No. 103. don d. bush did trespass on my rights and property. don d. bush did exceed his jurisdiction. this don d. bush offer of contract is rejected and denied and void and rescinded. the law decreed in this case is now common law court of record 28 USC 132 i remove any and all authority for any judge or magistrate to practice law from the bench in my case.
i void all orders and reports by richard a. schell and don d. bush.

debra ann lohri
2-25-2014

|  |  |
|---|---|
| at the united states district court<br>eastern district of texas<br>sherman division | **FILED**<br>U.S. DISTRICT COURT<br>EASTERN DISTRICT OF TEXAS<br><br>FEB 2 5 2014<br><br>DAVID J. MALAND, CLERK<br>BY<br>DEPUTY_____ |

i woman: debra ann lohri §
§
§
claimant §
§
§ cause no. 4:12-cv-568-ras-ddb
§
v §
§ void order
§
Countrywide Home Loans Inc. §
Bank of America N.A. § court of record 28 USC 132
Wells Fargo Home Loans Inc. §
U.S. Bank N.A. §
Recontrust Company N.A. §
Mortgage Electronic Registration Systems, Inc. §
BAC Home Loans Servicing LP §
§
wrongdoer(s) § this 25th day of February, 2014

### void order

i am debra ann lohri one of the people in this jurisdiction and in this court of record i object to the remarks by don d. bush on docket number 103.

don d. bush did trespass on my rights property.

don d. bush did exceed his jurisdiction.

the don d. bush offer of contract is rejected and denied and void and rescinded.

the law decreed in this case is now common law court of record 28 USC 132.

i remove any and all authority for any judge and magistrate to practice law from the bench in my case.

i void all orders and reports by richard a. schell and don d. bush.

debra ann lohri

February 25, 2014

## Certificate of Service

NOTICE TO PRICIPAL IS NOTICE TO AGENT. NOTICE TO AGENT IS NOTICE TO PRINCIPAL

Complainant has served DEFENDANTs and wrongdoers as a courtesy only on 2/25/2014 by the usual accepted method of email and/or faxed to: David Romness at 214-445-2450 and emailed to David Romness dromness@mcglinchey.com

February 25, 2014

*/s/ debra ann lohri*

debra ann lohri